470 A.2d 1015

Commonwealth v. McCusker, Appellant.

Submitted October 3, 1983. Nino V. Tinari, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

The judgment of sentence of the trial court is affirmed.

470 A.2d 1015

Commonwealth v. McDermott, Appellant.

Submitted September 22, 1983. Gilbert E. Toll, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Vacated and remanded. Jurisdiction is relinquished.

CIRILLO, J., filed a memorandum dissenting opinion.